UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ODALYS MORERA,

           Plaintiff,

    v.                                  Case No. 14-CV-1569

CREDIT MANAGEMENT, LP,

           Defendant.

## ORDER

On June 15, 2015, Plaintiff Odalys Morera moved to compel discovery from Defendant Credit Management, LP. (ECF No. 15.) Morera seeks an order compelling Credit Management to produce (1) initial disclosures required under Federal Rule of Civil Procedure 26(a); (2) responses to interrogatories and requests for production; and (3) all documents and electronically stored evidence responsive to those interrogatories and document requests. According to Civil Local Rule 7(b), Credit Management's response to Morera's motion was due on or before July 6, 2015. No response was filed. Morera's motion will be granted.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Compel Initial Disclosures and Discovery Responses (ECF No. 15) is **granted.** Defendant must serve

upon Plaintiff's counsel its initial disclosures on or before **July 24, 2015** and its responses to Plaintiff's interrogatories and requests for production of documents on or before **August 27, 2015**.

**IT IS FURTHER ORDERED** pursuant to Federal Rule of Civil Procedure 37(a)(5)(A) that Plaintiff is awarded reasonable expenses, including attorney's fees, incurred in making and presenting the motion to compel. Plaintiff must submit to Defendant no later than **July 27, 2015**, a statement of her reasonable expenses. The parties must undertake a good faith effort to agree upon the reasonable expenses. Such payment must be made within fourteen (14) days after the parties' agreement. In the event the parties are unable to agree upon the reasonable expenses, Plaintiff may file no later than **August 10, 2015**, a petition for her reasonable expenses accompanied with a statement of the reasonable hours spent by her attorney and the reasonable billable rate of that attorney; the defendant may respond no later than **August 17, 2015**.

Dated at Milwaukee, Wisconsin this 13th day of July, 2015.

*[signature: William E. Duffin]*
WILLIAM E. DUFFIN
U.S. Magistrate Judge